IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BELSER, #154937, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:10-cv-0750-TMH |
| | ) | |
| RENEE MASON, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #5) filed on October 6, 2010 is overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #4) entered on September 22, 2010 is adopted;

(3)  The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Richard Belser on September 8, 2010 is DENIED.

(4)  This cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as Belser has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

DONE this the 18th  day of October, 2010.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE